United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Tony E. Nova, Plaintiff, ) | |
| ) | |
| v.  ) | Civil Action No. 19-21668-Civ-Scola |
| ) | |
| P. Heron and others, ) | |
| Defendants. | |

### Order Adopting Magistrate Judge's Report And Recommendation

This case was referred to United States Magistrate Judge Lisette M. Reid, consistent with Administrative Order 2019-02 of this Court, for a ruling on all pre-trial, nondispositive matters and for a report and recommendation on any dispositive matters. On June 29, 2020, Judge Reid issued a report, recommending that the Court grant the Defendants' motion to dismiss and dismiss the case for failure to exhaust administrative remedies. (Report of Magistrate, ECF No. 71.) The Petitioner has not filed objections to the report, and the time to do so has passed.

The Court has considered Judge Reid's report, the record, and the relevant legal authorities. The Court finds Judge Reid's report and recommendation cogent and compelling. The Court **affirms and adopts** Judge Reid's report and recommendation (**ECF No. 71**). The Court **grants** the Defendant's motion to dismiss (**ECF No. 55**). The Court does not issue a certificate of appealability. Finally, the Court directs the Clerk to **close** this case. Any pending motions are denied as moot.

**Done and ordered**, at Miami, Florida, on June 29, 2020.

_____
Robert N. Scola, Jr.
United States District Judge